1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7   TIMOTHY DUKES,

|  |  |
|---|---|
| 8                              Plaintiff, | NO:  4:16-CV-5080-RMP |
| 9      v. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |
| 10  WASHINGTON STATE and MR. HOMAN | |
| 11                             Defendants. | |

12

13          BEFORE THE COURT is Magistrate Judge John Rodgers' Report and

14  Recommendation to dismiss the complaint without prejudice for failure to state a

15  claim upon which relief may be granted, ECF No. 9.  Magistrate Judge Rodgers

16  specifically did not recommend that this dismissal count as one under 28 U.S.C. §

17  1915(g), as Plaintiff might be able to pursue an appropriate habeas remedy to

18  challenge state court criminal charges.

19          Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro

20  se* and *in forma pauperis;* Defendants have not been served in this action.  There

21  being no objections, **IT IS ORDERED** that the Report and Recommendation, ECF

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

No. 9, is **ADOPTED in its entirety**.  **IT IS FURTHER ORDERED** that the

Complaint, ECF No. 7, is **DISMISSED without prejudice.**

      **IT IS SO ORDERED.**  The District Court Clerk is directed to enter this

Order, enter judgment, forward a copy to Plaintiff and close the file.  The Court

certifies any appeal of this dismissal would not be taken in good faith.

      **DATED** this 18th day of October 2016.

                   _s/ Rosanna Malouf Peterson_
                   ROSANNA MALOUF PETERSON
                   United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2